BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
Social Security Administration

    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA  94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL T. ROE, | ) No. 2:13-CV-02265-AC |
| | ) |
| Plaintiff, | ) AMENDED STIPULATION FOR |
| | ) EXTENSION |
| v. | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Defendant's time to respond to Plaintiff's Motion for Summary Judgment be extended to August 29, 2014.  Defendant's response was originally due June 9, 2014.  This extension is necessary because Counsel for Defendant, who does not have support staff assistance with calendaring, overlooked the ECF Notice and failed to properly calendar the response date.  Counsel for Defendant asserts that he did not act in bad

-1-

1  faith and that the error was completely inadvertent.  Defendant's Counsel apologizes to the Court
2  for any inconvenience caused by this delay.  Defendant's Counsel will review Plaintiff's Motion
3  for Summary Judgment and file a response expeditiously.

                                                Respectfully submitted,

Dated: August 5, 2014                       /s/ Brian Shapiro
                                                BRIAN SHAPIRO
                                                Attorney for Plaintiff
                                                [As authorized by telephone]

Dated: August 5, 2015                            BENJAMIN B. WAGNER
                                                United States Attorney
                                                DONNA L. CALVERT
                                                Acting Regional Chief Counsel, Region IX
                                                Social Security Administration

                                     By:    /s/ Theophous H. Reagans
                                                THEOPHOUS H. REAGANS
                                                Special Assistant U.S. Attorney

                                                Attorneys for Defendant

**ORDER**

    APPROVED AND SO ORDERED:

DATED: August 6, 2014                            _____
                                                ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE